# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellant,

v.

**E.M.,** the father,
Appellee.

No. 4D2023-2776

[February 9, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Hon. Michael James Linn, Judge; L.T. Case Nos. 562023DP000153A, 562023DP000153B and 562023DP000153C.

Andrew Feigenbaum of the Department of Children & Families Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***